## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,  :
  Plaintiff,     :
           :  CIVIL ACTION NO.
  v.        :  1:14-CR-0103-WBH
           :
JAMES COHENS,    :
  Defendant.    :

### ORDER

After *de novo*, consideration in light of Defendant's objections, this Court concludes that the Report and Recommendation, (R&R) [Doc. 38], is correct in its findings and conclusions. Accordingly, the R&R is **ADOPTED** as the order of this Court, and Defendant's motions to suppress and dismiss, [Docs. 18, 19, 26], are hereby **DENIED**.

**IT IS SO ORDERED,** this _31_ day of _March_, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)