IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| JAMES COHENS f/k/a CALVIN JOHNSON, | NO. 1:14-CR-103-WBH-AJB |

**REPORT AND RECOMMENDATION ON GUILTY PLEA**

On September 6, 2017, Defendant James Cohens, by written consent, appeared before me with counsel and entered a plea of guilty to Count 1 of the First Superseding Indictment. At the hearing, which was continued from September 1, 2017, I placed Defendant under oath, and I advised and examined him concerning each of the subjects listed in Federal Rule of Criminal Procedure 11.

Based on our colloquy, I determined that Defendant made his guilty plea knowingly, voluntarily, and intelligently; that Defendant was competent and capable of entering an informed plea; that he was fully advised of the charges and the consequences of the plea; and that the offense charged in Count 1 is supported by an independent factual basis that establishes each of the essential elements of the charged offense.

I therefore **RECOMMENDED** that the district judge accept Defendant's guilty plea, adjudge Defendant guilty of the charge alleged in Count 1 of the First Superseding Indictment, and impose sentence upon Defendant with respect to that count.

IT IS SO ORDERED this 8th day of September 2017.[1]

_____
CATHERINE M. SALINAS
United States Magistrate Judge

---

[1] I note that failure to file written objections to this Report and Recommendation within fourteen days after its service shall bar Defendant from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).