UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES COHENS

    Defendant.

CRIMINAL ACTION

NO. 1:14-CR-103-WBH

## ORDER

This matter is before this Court for consideration of the Report and Recommendation (R&R), [Doc. 74], of the Magistrate Judge in which she recommends that this Court accept Defendant's knowing and voluntary plea of guilty to the charge alleged in Count 1 of the First Superseding Indictment. Having reviewed the colloquy, this Court is convinced that Defendant made his plea knowingly, voluntarily, and intelligently; that Defendant was competent and capable of entering an informed plea; that he was fully advised of the charges and the consequences of the plea; and that the offense charged in Count 1 is supported by an independent factual basis that establishes each of the essential elements of the charged offense. As such, this Court adopts the R&R, [Doc. 74], and accepts Defendant's plea and hereby

adjudges him **GUILTY** of Count 1 of the First Superseding Indictment – Obstruction of the Internal Revenue Service in violation of 26 U.S.C. § 7212(a).

Defendant is hereby **ORDERED** to appear in the United States District Court for the Northern District of Georgia on Tuesday, January 23, 2018, for imposition of sentence. On that date, report to the U. S. Courthouse, Courtroom 1707, 75 Spring Street, SW, Atlanta, Georgia, 30303, where sentence will be imposed. You will receive no further notice. If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER **ORDERED** that a Presentence Investigation and Report to this Court will be completed by the U. S. Probation Office. Defense counsel is to contact the Probation Office at 404-215-1950 to schedule Defendant's interview and for further instruction.

It is so **ORDERED** this 24th day of October, 2017.

WILLIS B. HUNT, JR.
Judge, U. S. District Court